UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAYMOND CRESPO,

                         Petitioner,

            -against-

UNITED STATES OF AMERICA,

                         Respondent.

20-CV-5139 (CM)

CIVIL JUDGMENT

Pursuant to the order issued September 1, 2020, dismissing the petition,

IT IS ORDERED, ADJUDGED AND DECREED that the petition is dismissed under 28

U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to

Petitioner and note service on the docket.

SO ORDERED.

Dated:    September 1, 2020
          New York, New York

_____
          COLLEEN McMAHON
          Chief United States District Judge